# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Darnell Leevitichus WILLIAMS<br>(DOB: XX/XX/1984)<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 24 MJ 237 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1, 2024__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | prohibited person in possession of a firearm |
| 18 U.S.C. § 924(c)(1)(A)(i) | possession of a firearm in furtherance of a drug offense |
| 21 U.S.C. § 841(a)(1) | distribution of a controlled substance |

This criminal complaint is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony Winkler, Special Agent - ATF
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 10/29/2024

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Anthony T. Winkler, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint charging Darnell Leevitichus WILLIAMS (DOB: XX/XX/1984) with violations of Title 18, United States Code, Section 922(g)(1) (prohibited person in possession of a firearm); Title 18, United States Code, Sections 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug offense); and Title 21, United States Code, Section 841(a)(1) (distribution of a controlled substance).

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been since March of 2016. I have been assigned to the Eastern District of Wisconsin since August of 2020. Prior to being employed as a Special Agent with the ATF, I was employed as a U.S. Secret Service Counter Sniper Technician / Uniformed Division Officer for approximately eleven (11) years. I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by the law to conduct investigations of and to make arrests for federal felony offenses.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses. Throughout this affidavit, I refer to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation.

4. Because I submit this affidavit for the limited purpose of securing authorization for a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish probable cause.

1

## PROBABLE CAUSE

5. On January 4, 2024, Milwaukee Police Department (MPD) officers observed a Chevrolet Impala disregard a traffic light in Milwaukee, Wisconsin. Officers activated the squad lights and attempted to pull over the Impala. Officers stated the driver of the Impala, later identified as Darnell Leevitichus WILLIAMS, exited the Impala while still in motion. WILLIAMS then proceeded to run on foot. There were no other occupants in the Impala. A short time later, MPD officers observed a male matching the description of WILLIAMS, and he was taken into custody.

6. Officers searched WILLIAMS incident to arrest. Officers located a small plastic bag in WILLIAMS' front right pocket containing pills. The pills were field tested and tested positive for methamphetamine. Officers then searched the Impala. During the search, officers located a loaded Taurus Millenium PT111 G2 9mm pistol, bearing serial number TJW42481. The firearm was located on the driver side front floorboard. On the front passenger seat, officers located a backpack, which contained more pills in a small plastic bag. Those pills also tested positive for methamphetamine. Also in the backpack, officers located a wallet containing WILLIAMS' Wisconsin identification, $786.00, a box of clear plastic sandwich baggies, and an operational portable scale. The presence of the scale, sandwich baggies, large sum of money, and narcotics is indicative of street-level narcotic sales. WILLIAMS is a convicted felon in the state of Illinois (Case number G16304983) for manufacturing/distributing a controlled substance. WILLIAMS also has a felony conviction in the Wisconsin, case number 2018CF002551, for possession of a firearm by an out-of-state felon.

7. ATF confirmed that the Taurus Millenium PT111 G2 9mm pistol, bearing serial number TJW42481, traveled in interstate commerce.

8. On May 3, 2024, the U.S. Drug Enforcement Administration (DEA) North Central Drug Testing Laboratory analyzed the suspected methamphetamine, and the DEA confirmed that the pills contained approximately 153 grams of mixuture of methamphetamine and caffeine.

9. On October 16, 2024, the Wisconsin State Crime Laboratory (Crime Lab) analyzed DNA samples that were taken from the methamphetamine packaging and the Taurus Millenium PT111 G2 9mm pistol, bearing serial number TJW42481. The Crime Lab confirmed that there was "very strong support" (1 quadrillion times more likely than not) that Darnell WILLIAMS' DNA was on both the drug packaging and the firearm's grip and trigger.

## CONCLUSION

10. Based on the above information and facts, I submit that there is probable cause to believe that Darnell WILLIAMS committed violations of Title 18, United States Code, Section 922(g)(1) (prohibited person in possession of a firearm); Title 18, United States Code, Sections 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug offense); and Title 21, United States Code, Section 841(a)(1) (distribution of a controlled substance).